UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61057-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

HI TECH CHASSIS BODY AND PAINT INC., a Florida Profit Corporation and KARH PROPERTIES LLC, a Florida Limited Liability Company

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The undersigned counsel hereby file this Notice of Settlement and give notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

| | |
|---|---|
| *Ronald E. Stern* | *Joshua Gerstin* |
| Ronald E. Stern, Esq. | Joshua Gerstin, Esq. |
| Florida Bar No. 10089 | Florida Bar No. 115878 |
| THE ADVOCACY LAW FIRM, P.A. | Gerstin & Associates |
| 1835 E Hallandale Beach Blvd., # 757 | 40 S.E. 5th Street, Suite 610 |
| Hallandale, Florida 33009 | Boca Raton, FL 33432 |
| Telephone: (954) 639-7016 | Telephone: 561-750-3456 |
| Facsimile: (954) 639-7198 | Facsimile: 561-750-8185 |
| Email: ronsternlaw@gmail.com | Email: joshua@gerstin.com |
| Attorneys for Plaintiff | Attorney for Defendants |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61057-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

HI TECH CHASSIS BODY AND PAINT INC., a Florida Profit Corporation and KARH PROPERTIES LLC, a Florida Limited Liability Company

    Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 18, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorneys for Plaintiff