UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61057-CIV-SINGHAL

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

HI TECH CHASSIS BODY AND PAINT INC., and KARH PROPERTIES, LLC,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation for Dismissal with Prejudice filed by the parties (DE [23]).  The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.** All parties shall bear their own costs and attorney's fees other than those specified in the parties' Confidential Settlement Agreement. The Clerk of Court is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.  The Court retains jurisdiction to enforce the terms of the Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of November 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF